UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARWINDER SINGH SANDHU,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>KEVIN CHAPPELL, et al.,<br><br>　　　　　Respondents. | No. 2:14-cv-2459 KJN P<br><br><br><br>ORDER |

Petitioner is a state prisoner, proceeding without counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner consented to the jurisdiction of the undersigned. (ECF No. 4.)

On January 12, 2015, the undersigned dismissed this action. (ECF No. 5.) In particular, the undersigned found that petitioner's claim alleging that his plea agreement was violated by a miscalculation of his minimum eligible parole date was without merit. (Id.)

On January 26, 2015, petitioner filed a notice of appeal and a request for a certificate of appealabilty. (ECF No. 7.) A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(3). For the reasons stated in the January 12, 2015 order, the undersigned declines to issue a certificate of appealability.

////

1

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. A certificate of appealability is not issued; and

3  2. The Clerk of the Court is directed to process petitioner's appeal.

4  Dated:  April 23, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

San2459.cer